AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WALKER, JOHN M. | U.S. Court of Appeals for the Second Circuit | 08/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ☐ Nomination   Date <br> ☐ Initial   ✔ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 1/1/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. Court of Appeals
157 Church Street
New Haven, CT 06510

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Dwight D. Opperman Institute of Judicial Administration |
| 2. | Director | U.S. Association of Constitutional Law |
| 3. | Director | Friends of CEELI |
| 4. | Member | American Society of International Law, Judiciary Advisory Board |
| 5. | Director | Spencer Williams Foundation for Judicial Independence |
| 6. | Director | International Judicial Academy |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/19-12/19 | Teaching - Yale Law School | $52,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CEELI Institute | 5/24/2019 - 5/29/2019 | Bratislava, Slovakia | Conference of Chief Justices of Central and Eastern Europe | 1489 |
| 2. | U.S. Courts | 6/5/2019 - 6/7/2019 | New Paltz, N.Y. | Second Circuit Judicial Conference | 964 |
| 3. | Aspen Institute | 6/10/2019 - 6/13/2019 | MacKinac Island, MI | Sixth Circuit Court of Appeals - Retreat | 2359 |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. --COMMON STOCK-- | | | | | | | | | |
| 2. ALCON INC | | None | J | T | Buy | 06/18/19 | J | | |
| 3. ALIBABA GROUP HLDG LTD | | None | K | T | Buy | 04/23/19 | K | | |
| 4. ALLSTATE CORP | B | Dividend | L | T | | | | | |
| 5. ALPHABET INC CL C | | None | M | T | | | | | |
| 6. AMERICAN INT'L GROUP | B | Dividend | L | T | | | | | |
| 7. AMERICAN TOWER INC | C | Dividend | M | T | | | | | |
| 8. AUTO ZONE INC | | None | K | T | | | | | |
| 9. BERKSHIRE HATHAWAY | | None | L | T | Sold | 02/26/19 | L | E | |
| 10. BROADCOM LIMITED | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 11. CARMAX | | None | L | T | | | | | |
| 12. CHARTER COMMUNICATIONS CL A | | None | L | T | | | | | |
| 13. CHEVRON CORP | B | Dividend | L | T | Buy (add'l) | 03/11/19 | J | | |
| 14. CROWN HOLDINGS | | None | L | T | | | | | |
| 15. DOLLAR TREE INC | | None | L | T | | | | | |
| 16. ENERGY TRANSFER PARTNERS LP | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 17. ENSCO PLC SPONSORED ADR | A | Dividend | J | T | Buy (add'l) | 03/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | GLADSTONE COMM CORP | B | Dividend | K | T | | | | | |
| 19. | JP MORGAN CHASE | C | Dividend | M | T | Buy<br>(add'l) | 07/31/19 | J | | |
| 20. | LABORATORY CORP AMER HOLDINGS | | None | K | T | | | | | |
| 21. | LOWES CO INC | C | Dividend | M | T | Buy<br>(add'l) | 05/08/19 | J | | |
| 22. | MARKEL CORPORATION | | None | M | T | | | | | |
| 23. | MICROSOFT CORP | C | Dividend | N | T | Buy<br>(add'l) | 12/12/19 | J | | |
| 24. | NEOGEN CORP | | None | K | T | Sold<br>(part) | 08/16/19 | J | D | |
| 25. | NOKIA CORP | | None | | | Buy | 02/27/19 | L | | |
| 26. | | | | | | Sold | 11/26/19 | K | | |
| 27. | NOVARTIS AG SPONSORED ADR | C | Dividend | M | T | Buy<br>(add'l) | 03/13/19 | J | | |
| 28. | ORACLE CORPORATION | B | Dividend | L | T | Buy<br>(add'l) | 10/24/19 | J | | |
| 29. | PEPSICO INC | B | Dividend | K | T | Buy<br>(add'l) | 06/28/19 | J | | |
| 30. | PHILIP MORRIS INTL INC COM | C | Dividend | L | T | Buy<br>(add'l) | 04/11/19 | J | | |
| 31. | ROSS STORES INC | A | Dividend | M | T | | | | | |
| 32. | ROYAL BANK CANADA | A | Dividend | K | T | Buy<br>(add'l) | 11/27/19 | J | | |
| 33. | SMUCKER JM & CO | B | Dividend | K | T | Buy<br>(add'l) | 06/03/19 | J | | |
| 34. | SUPER MICRO COMPUTER INC | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. TAIWAN SEMICONDUCTOR | C | Dividend | L | T | | | | | |
| 36. TENCENT HLDGS LTD ADR | A | Dividend | L | T | Buy<br>(add'l) | 04/22/19 | K | | |
| 37. URSTADT BIDDLE PPT A | B | Dividend | K | T | | | | | |
| 38. VALARIS PLC | | None | J | T | Buy | 07/12/19 | J | | |
| 39. WALMART STORES INC | B | Dividend | L | T | | | | | |
| 40. | | | | | | | | | |
| 41. --CASH & EQUIVALENTS-- | | | | | | | | | |
| 42. PERSHING GOVT ACCOUNT | A | Interest | K | T | | | | | |
| 43. DREYFUS TREASURY PRIME INV SH | B | Dividend | N | T | | | | | |
| 44. --LIMITED PARTNERSHIP- | | | | | | | | | |
| 45. BROOKFIELD INFRASTRUCTURE<br>PARTNERS | B | Dividend | L | T | | | | | |
| 46. | | | | | | | | | |
| 47. --BANK ACCOUNTS-- | | | | | | | | | |
| 48. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 49. CITIBANK | A | Interest | J | T | | | | | |
| 50. PEOPLES BANK | A | Interest | J | T | | | | | |
| 51. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WALKER, JOHN M.** | 08/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOHN M. WALKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544